**Order entered October 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00498-CR

**BRADRICK JERMAINE COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MA17-18552-F**

## ORDER

By order entered October 5, 2018, the Court ordered the Dallas County Clerk to file a supplemental clerk's record containing various documents appellant alleges are omitted from the clerk's record. The Court inadvertently did not include a date for compliance with the Court's order. By letter filed October 16, 2018, appellant points out the county clerk has not yet filed the supplemental clerk's record, and he requests the Court to issue "an appropriate Order directing the trial court to file the records within a date suitable to this Court."

We **ORDER** the Dallas County Clerk to file, within **TEN DAYS** of the date of this order, a supplemental clerk's record containing (1) any exhibits in the county clerk's possession filed with appellant's April 12, 2018 brief in support of his motion to arrest judgment; (2) any exhibits in the county clerk's possession filed with appellant's February 22, 2018 motion to suppress

medical records; (3) appellant's February 20, 2018 corrected motion to suppress evidence including any exhibits; and (4) in the event the county clerk does not have possession of one or more of the items requested, a letter verifying the exhibits or documents are not on file with the Dallas County Clerk. Because appellant has been found not indigent, the county clerk shall not be required to file the supplemental clerk's record until appellant has paid the clerk's fee for preparation of the supplemental clerk's record or has made satisfactory arrangements to pay the fee. In the event appellant fails to pay or make satisfactory arrangements to pay the clerk's fee, the county clerk is **ORDERED** to file with the Court, within **TEN DAYS** of the date of this order, a letter stating appellant has failed to pay the fee or make satisfactory payment arrangements.

By order entered October 3, 2018, the Court ordered appellant to provide the Court, within ten days of the date of the order, with written verification showing appellant had paid or arranged to pay the court reporter for the reporter's record. The order cautioned appellant that if he did not file the written verification as directed, the case would be submitted without a reporter's record. Appellant has not filed the written verification as ordered. Accordingly, we **ORDER** this appeal to be submitted in due course without a reporter's record. *See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to transmit a copy of this order, by electronic transmission, to John F. Warren, Dallas County Clerk; to Lori Ordiway, Assistant District Attorney; and to Bradrick Jermaine Collins, pro se.

/s/    LANA MYERS
        JUSTICE